# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIONA WILSON, | Case No. 2:15-cv-02475-RJC-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 8) |
| THE SIGNATURE CONDOMINIUMS, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for Defendants to file an answer to Plaintiff's Complaint. Docket No. 8. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). Accordingly, because the parties fail to provide any explanation whatsoever as to why an extension is requested, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge