DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
JAKE R. SPENCER, ESQ.
Nevada Bar No. 12282
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Phone:  702.893.3383
E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Steven.Abbott@lewisbrisbois.com
E-Mail: Jake.Spencer@lewisbrisbois.com
*Attorneys for Defendants The Signature Condominiums, LLC, Signature Tower I, LLC, and MGM Resorts International*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIONA C. WILSON, an Individual<br><br>                         Plaintiff,<br><br>vs.<br><br>THE SIGNATURE CONDOMINIUMS, LLC, a Domestic Limited Liability Company, D/B/A The Signature at MGM Grand; SIGNATURE TOWER I, LLC, a Domestic Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation,<br><br>                         Defendants. | CASE NO.: 2:15-cv-2475<br><br>**STIPULATION REGARDING DEADLINE TO FILE DEFENDANTS' ANSWER** |

Defendants, THE SIGNATURE CONDOMINIUMS, LLC, SIGNATURE TOWER I, LLC, and MGM RESORTS INTERNATIONAL, by and through their counsel of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, and Plaintiff, DIONA C. WILSON, by and through her counsel of record, DONATH & MEDRALA PROF. LLC,  hereby stipulate to extend the time for Defendants to Answer Plaintiff's Complaint until February 26, 2016. Before Defendants file an Answer to Plaintiff's Complaint, the parties need additional time

4828-1345-4381.1

to determine which specific corporate entity is the proper Defendant and to simplify the pleadings/caption. In addition, the parties wish to explore the possibility of an early resolution prior to the filing of an Answer.

DATED this 4th day of February, 2016.     DATED this 4th day of February, 2016.

/s/ Jakub P. Medrala                  /s/ Jake R. Spencer

_____    _____
JAKUB P. MEDRALA, ESQ.          DARRELL D. DENNIS, ESQ.
Nevada Bar No. 12822               Nevada Bar No. 006618
Donath & Medrala Prof. LLC         STEVEN B. ABBOTT, ESQ.
1091 S. Cimarron Rd., Ste. A-1      Nevada Bar No. 10303
Las Vegas, NV 89145               JAKE R. SPENCER, ESQ.
Attorneys for Plaintiff              Nevada Bar No. 12282
                                         6385 S. Rainbow Boulevard, Suite 600
                                         Las Vegas, Nevada 89118
                                         *Attorneys for Defendants The Signature Condominiums, LLC, Signature Tower I, LLC, and MGM Resorts International*

IT IS SO ORDERED.
Dated: February 5, 2016

_____
United States Magistrate Judge