# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DIONA WILSON, | ) | Case No. 2:15-cv-02475-RCJ-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | (Docket No. 17) |
| THE SIGNATURE CONDOMINIUMS, et al., | ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 17. Stipulations or unopposed motions requiring an order "shall include an 'Order' in the form of a signature block on which the Court . . . can endorse approval of the relief sought." Local Rule 6-2(a). "This signature block shall not be on a separate page[.]" *Id*. The parties' discovery plan includes an Order in the form of a signature block, but it is on a separate page. Docket No. 17 at 4. Therefore, the parties' discovery plan is **DENIED** for failure to comply with Local Rule 6-2(a). The parties must file a new joint proposed discovery plan that complies in full with Local Rules 26-1 and 6-2(a), no later than April 13, 2016.

IT IS SO ORDERED.

DATED: April 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge